IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TONY BURCH,<br><br>    Plaintiff,<br><br>v.<br><br>DePUY ORTHOPAEDICS, INC.,<br><br>    Defendant. | ) CASE NO. 3:10-cv-00864-DRH-PMF<br>)<br>)<br>) **JURY TRIAL DEMANDED**<br>) **ON ALL COUNTS**<br>)<br>)<br>)<br>) |

## ORDER

This matter having come before the Court upon Defendant DePuy Othopaedics Inc.'s Unopposed Motion to Stay Proceedings and Extension of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint Pending Decision of the Judicial Panel on MultiDistrict Litigation Regarding MDL No. 2197 – *In re DePuy Orthopaedics, Inc., ASR Hip Implant Products Liability Litigation* and Memorandum in Support, with notice to all parties and the Court being advised in the premises,

**IT IS HEREBY ORDERED** that Defendant DePuy Othopaedics Inc.'s Unopposed Motion to Stay Proceedings and Extension of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint Pending Decision of the Judicial Panel on MultiDistrict Litigation on centralization and transfer, is hereby **GRANTED**.

Dated: 30th day of November, 2010

David R. Herndon
2010.11.30
14:49:57 -06'00'

**Chief Judge**
**United States District Court**